UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JOAN C. ELLIS | ) |
| | ) |
|     Plaintiff | ) |
| v. | ) |
| | )   **Civil No. 07-92-P-S |
| EVELYN F. ELLIS, et al. | ) |
| | ) |
|     Defendants | ) |

*(Plaintiff listed as JOAN C. LIPIN)*

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 26, 2007, his Recommended Decision (Docket No. 33). The Plaintiff filed her Objection to the Recommended Decision (Docket No. 40) on August 13, 2007. Defendant David P. Silk filed his response to Plaintiff's Objection (Docket No. 42) on August 16, 2007. Defendant David S. Sherman, Jr. filed his response to Plaintiff's Objection (Docket No. 43) on August 20, 2007. Defendant Joseph R. Mazziotti filed his Response to Plaintiff's Objection (Docket No. 47) on August 28, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Plaintiff's Motion to Strike (Docket No. 18) is hereby

      **DENIED**.

3. It is hereby **ORDERED** that the Motion to Dismiss (Docket No. 10) filed by Defendant Joseph R. Mazziotti is **GRANTED**, without costs of sanctions awarded to Defendant Mazzioti.

4. It is hereby **ORDERED** that the Motion to Dismiss (Docket No. 12) filed by Defendant David S. Sherman, Jr. is **GRANTED.**

5. It is hereby **ORDERED** that the Motion to Dismiss (Docket No. 13) filed by Defendants Evelyn F. Ellis, in her capacity as Personal Representative and former Special Administrator of the Estate of Theodore Lipin, and David P. Silk, is **GRANTED**.

6. The Plaintiff is warned that additional groundless and vexatious filings with this Court by the Plaintiff will not be tolerated and that filing restrictions may be imposed.

                                            /s/George Z. Singal_____
                                            Chief U.S. District Judge

Dated: September 10, 2007